IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRGINIA HUNT AS SURVIVING PARENT OF ASHLEA HUNT MARTIN, DECEASED | § § § | |
| Plaintiff | § § | |
| vs. | § § | CASE NO. 2:04-CV-446 |
| U.S. XPRESS, INC. AND ROBERT J. AKERS | § § § § | |
| Defendants | § | |

## ORDER

Defendants are **ORDERED** to respond to Plaintiff's Motion to Compel Mediation (Docket No. 57) **by 5:00 p.m. on September 2, 2005**.

**So ORDERED and SIGNED this 31st day of August, 2005.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1